UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Chapter 13
EDWARD MICHAEL ESTERS  Case No. 09-60398 ASW

Debtor(s)_____/  AMENDED MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor(s) respectfully request that the Court modify the Chapter 13 plan as follows:

__X__ 1. With respect to the monthly plan payments of $ 350.00_____, those payments shall:

    __X__ be suspended for the amount of $1,395.00, for the months of September 2013 through December 2013.
    _____ be increased to $_____, effective _____
    _____ be decreased to $_____, effective _____.
    __X__ [other] Debtors payments of $350.00 per month to resume in January 2014.

__X__ 2. With regard to secured claims:

    _____ to treat the claim(s) of additional creditors as secured, as follows:

    Creditor Name    Value of Collateral    Monthly Pmt (if fixed)    Interest Rate (must be specified)

    _____ to change the treatment of certain secured claims, as follows:

    Creditor Name    Value of Collateral    Monthly Pmt (if fixed)    Interest Rate (must be specified)

    __X__ to treat as unsecured, the claims of the following creditors which were previously treated as secured.
    **eCAST Settlement Corporation formally known as Suzuki Retail Services (2007 Suzuki Boulevard)**

_____ 3. With regard to general unsecured claims, to change the dividend paid:

    _____ from _____ % to _____ %
    _____ from a pot plan* of $_____ to a pot plan* of $_____
    _____ from a percentage plan at _____ % to a pot plan* of $_____
    _____ from a pot plan* of $_____ to a percentage plan at _____ %

* A pot plan provides for a sum (as specified above) to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in the confirmed plan, as it may have been modified, as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty (60) months of the original date of confirmation.

__x__ 4. Other modifications: **The debtor(s) elect to reject the claim 8-1 of eCAST Settlement Corporation formally known as Suzuki Retail Services (2007 Suzuki Boulevard). Debtor will surrender his 2007 Suzuki Boulevard to eCAST Settlement Corporation formally known as Suzuki Retail Services (2007 Suzuki Boulevard). The creditor is allowed full relief to recover and dispose of collateral and the right to file an unsecured claim for any deficiency balance. The trustee shall make no disbursements on the claim.**

__X__ 5. Debtor(s') reason(s) for requesting the above modification are: **Debtor has been unable to find steady employment and is unable to maintain the vehicle. The debtor(s) elect to reject the claim of eCAST Settlement Corporation formally known as Suzuki Retail Services (2007 Suzuki Boulevard) and he will surrender to the named creditor the 2007 Suzuki Boulevard.**

6. The plan, if modified, would be completed within sixty (60) months from commencement of the case.

WHEREFORE, the Debtor(s) request that the Court modify the Chapter 13 plan as set forth above.

Dated: December 20, 2013  /s/ Leela V. Menon
Rev. 2/05  [Attorney for] Debtor(s)