DAVID A. BOONE - State Bar No. 74165
**LAW OFFICES OF DAVID A. BOONE**
1611 The Alameda
SAN JOSE, CA 95126
TEL: (408) 291-6000
FAX: (408) 291-6016
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Chapter 13
EDWARD MICHAEL ESTERS                     Case No. 09-60398 ASW

                                          NOTICE OF OPPORTUNITY FOR HEARING;
Debtor(s)_____/          CERTIFICATE OF SERVICE

NOTICE IS HEREBY GIVEN that the Debtor(s) have filed a Amended Motion to Modify Chapter 13 Plan. Pursuant to Bankruptcy Rule 2002 and the procedures prescribed by Local Rule 9014-1(b)(3)(A): 1) any objection to the requested relief, or a request for hearing on the matter, must be filed with the Clerk of the U.S. Bankruptcy Court at the address listed below, and served on the Debtor(s)' attorney and the Chapter 13 Trustee as listed below, within twenty one (21) days of mailing of the notice; 2) a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) the Debtor(s)' attorney will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to the Chapter 13 Trustee in the case, in the event an objection or request for hearing is timely made.

Dated: December 20, 2013              /s/ Leela V. Menon
                                      [Attorney for] Debtor(s)

Court's Address:                      Chapter 13 Trustee:
Clerk, United States Bankruptcy Court Devin Derham-Burk
280 S. First St., Room 3035           PO Box 50013
San Jose CA 95113                     San Jose CA 95150

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is 1611 The Alameda, San Jose, CA 95126 . I served this NOTICE and the associated AMENDED MOTION TO MODIFY CHAPTER 13 PLAN by first-class United States mail, postage pre-paid, at San Jose , California, on the date noted below and addressed to those listed in Exhibit A attached hereto which includes all parties entitled to receive regularly mailed notices. The Chapter 13 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct. Dated December 20, 2013 at San Jose , California.

                                      /s/ Tiffany Gohnert
Rev. 1/2010                           Tiffany Gohnert

EXHIBIT "A

| # | | |
|---|---|---|
| 1 | Edward Michael Esters<br>891 S. Daniel Way<br>San Jose, CA 95128 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 |
| 3 | AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | Shane Co.<br>8085 S Chester St. Suite 300<br>Englewood, CO 80112 |
| 5 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | State Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-0056 |
| 7 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Ste. 200<br>Tucson, AZ 85712 | Suzuki Retail Services<br>P.O. Box 15521<br>Wilmington, DE 19850-5521 |
| 10 | eCast Settlement Corporation<br>c/o Bass & Associates<br>3936 E. Ft. Lowell Rd., Ste. 200<br>Tucson, AZ 85712-1083 | U.S. Attorney General<br>Civil Trial Sec. Western<br>PO Box 683 Ben Franklin<br>Washington, DC 20044 |
| 12 | AmeriCredit<br>PO Box 183583<br>Arlington, TX 76096 | United Recovery Systems, LP<br>P.O. Box 722929<br>Houston, TX 77272-2929 |
| 14 | Capital One Bank (USA) N.A.<br>P.O. Box 60599<br>City Of Industry, CA 91716-0599 | United States Attorney's Office<br>Attn: Chief Tax Division<br>450 Golden Gate Ave. 10th<br>San Francisco, CA 94102 |
| 16 | Dell Preferred Account<br>P.O. Box 6403<br>Carol Stream, IL 60197-6403 | Wells Fargo Financial Cards<br>P.O. Box 98791<br>Las Vegas, NV 89193-8791 |
| 18 | EDD - State of California<br>Bankruptcy Unit - MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280 | Wells Fargo Financial Cards<br>P.O. Box 98791<br>Las Vegas, NV 89193-8791 |
| 21 | Encore Receivable Management Inc.<br>P.O. Box 3330<br>Olathe, KS 66063-3330 | Wells Fargo Financial National Bank<br>800 Walnut St<br>F4030-04C<br>Des Moines, IA 50309 |
| 23 | Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812 | Wells Fargo Financial National Bank<br>800 Walnut St<br>F4030-04C<br>Des Moines, IA 50309 |
| 25 | HSBC Card Services<br>P.O. Box 60102<br>City Of Industry, CA 91716-0102 | Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale, IA 50323 |